UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

W.A. H.H.,

                           Petitioner,

        -v.-

KENNETH GENALO, *New York Field Office Director for U.S. Immigration and Customs Enforcement*; PAUL ARTETA, *Director of the Orange County Correctional Facility*; ANNA C. LITTLE, *Acting Chief Immigration Judge, Executive Office of Immigration Review*; SIRCE E. OWEN, *Acting Director, Executive Office of Immigration Review*; PAMELA BONDI, *Attorney General of the United States*; KRISTI NOEM, *Secretary of Homeland Security*; and TODD M. LYONS, *Acting Director, U.S. Immigration and Customs Enforcement*,

                           Respondents.

26 Civ. 1616 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

On February 26, 2026, Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. (Dkt. #1). That same day, before the case was assigned to a specific judge, this Court, acting pursuant to its Part I duties, issued an Order prohibiting the transfer of Petitioner (the "Stay Order"). (Dkt. #2). The case has now been assigned to this Court for all purposes. (February 27, 2026 Minute Entry).

The Stay Order shall remain in effect. In addition, the Court, having examined the petition in this action, hereby ORDERS that:

(i)    On or before **March 2, 2026**, the Government shall file a letter with the following information:

    a. Petitioner's A-number and current place of detention;

    b. The statutory provision(s) under which Respondents assert the authority to detain Petitioner;

    c. A copy of any final order of removal;

    d. Any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings; and

    e. An indication of whether this case is distinguishable from previous cases decided by this Court.  *See, e.g.*, *Ortiz-Lopez* v. *Francis*, No. 25 Civ. 7985 (KPF); *Villarreal Obregon* v. *Francis*, No. 25 Civ. 9465 (KPF).

(ii)    On or before **March 4, 2026**, the Government shall file an opposition as to why this petition for a writ of habeas corpus should not be granted.

(iii)    Petitioner shall have the opportunity to reply on or before **March 11, 2026**.

(iv)    The parties shall appear for a conference regarding the petition on **March 13, 2026**, at **10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Respondents shall produce Petitioner at this hearing.

SO ORDERED.

Dated:   February 27, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge