# THE LEGAL AID SOCIETY

Immigration Law Unit
5th Floor
49 Thomas Street
New York, NY 10013
www.legalaidnyc.org

**Direct Dial: (646) 983-9822**
**Email: ewilliams@legal-aid.org**

Zachary W. Carter
*Chairperson of the Board*

Alan Levine
*President*

Twyla Carter
*Attorney-in-Chief*

Adriene L. Holder
*Attorney-in-Charge*
Civil Practice

Deborah Lee
*Attorney-in-Charge*
Immigration Law Unit

<u>VIA ECF</u>

Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

March 25, 2026

**Re:**   *H.H. v. Genalo*, **et al., No. 26 Civ. 01616**

**MEMO ENDORSED**

Dear Judge Polk Failla:

Undersigned counsel represents Petitioner, W.A.H.H., in the above-captioned habeas proceeding. Counsel moves to seal three exhibits on the docket that contain W.A.H.H.'s name, and for permission to file a redacted version of each document.

On March 2, 2026, the Court granted W.A.H.H.'s request to proceed under initials and ordered all documents to be redacted in a consistent manner. Dkt. 10. It has come to undersigned counsel's attention that one exhibit to the petition, Exhibit I, USICS Notice of Termination, Dkt. 1-10, was only partially redacted and contains W.A.H.H's full name. In addition, two exhibits submitted with the Respondents' Return also contain W.A.H.H.'s name, Dkt. 23-3 at 7, Police Report, and Dkt. 23-7 at 2, Notice of Custody Determination.

Accordingly, the Petitioner respectfully requests that the Court seal Dkts 1-10, 23-3, and 23-7 and accept the redacted versions filed herewith.

Respectfully submitted,

FOR THE PETITIONER,

*/s/ Elyssa Williams*
Elyssa Williams, Esq.
The Legal Aid Society
49 Thomas Street, 5th Floor
New York, NY 10013

cc:   All counsel (via ECF)   E: EWilliams@legal-aid.org

Application GRANTED.

The Clerk of Court is directed to (i) terminate the pending motion at docket entry 27 and (ii) to maintain docket entries 1-10, 23-3, and 23-7 under seal.

Dated:     March 27, 2026
           New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE