UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

W.A. H.H.,

               Petitioner,

        -v.-

KENNETH GENALO, *New York Field Office Director for U.S. Immigration and Customs Enforcement*; PAUL ARTETA, *Director of the Orange County Correctional Facility*; ANNA C. LITTLE, *Acting Chief Immigration Judge, Executive Office of Immigration Review*; SIRCE E. OWEN, *Acting Director, Executive Office of Immigration Review*; PAMELA BONDI, *Attorney General of the United States*; MARKWAYNE MULLIN, *Secretary of Homeland Security*; and TODD M. LYONS, *Acting Director, U.S. Immigration and Customs Enforcement*,

               Respondents.

26 Civ. 1616 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

Oral argument on the Amended Petition in the above matter, which is currently scheduled for April 28, 2026, shall hereby take place on **April 14, 2026**, at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   March 31, 2026
         New York, New York

                                KATHERINE POLK FAILLA
                                United States District Judge