UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

W.A. H.H.,

                  Petitioner,

        -v.-

KENNETH GENALO, *New York Field Office Director for U.S. Immigration and Customs Enforcement*; PAUL ARTETA, *Director of the Orange County Correctional Facility*; ANNA C. LITTLE, *Acting Chief Immigration Judge, Executive Office of Immigration Review*; SIRCE E. OWEN, *Acting Director, Executive Office of Immigration Review*; PAMELA BONDI, *Attorney General of the United States*; MARKWAYNE MULLIN, *Secretary of Homeland Security*; and TODD M. LYONS, *Acting Director, U.S. Immigration and Customs Enforcement*,

              Respondents.

26 Civ. 1616 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On April 14, 2026, the Court held a hearing on Petitioner H.H.'s Amended Petition for a Writ of Habeas Corpus. (*See* Dkt. #21). For the reasons set forth on the record at that hearing, the Amended Petition is GRANTED. Respondents are ORDERED to release Petitioners from custody in the Southern District of New York on or before **April 15, 2026**. Respondents may impose only the restraints on Petitioner's liberty that existed prior to his detention. Respondents are further ORDERED to certify compliance with this ORDER no later than 5:00 p.m. on **April 17, 2026**. *See, e.g., Tuma Huamani*

v. *Francis*, No. 25 Civ. 8110 (LJL), 2025 WL 3079014, at *9 (S.D.N.Y. Nov. 4, 2025).

Petitioner shall file a motion for reasonable attorneys' fees and costs at an appropriate future date.  The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:    April 14, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2