**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
W.A. H.H.,

         Petitioner,       26 **CIVIL** 1616 (KPF)

     -against-            **JUDGMENT**

KENNETH GENALO, New York Field Office
Director for U.S. Immigration and Customs
Enforcement; PAUL ARTETA, Director of the
Orange County Correctional Facility; ANNA C.
LITTLE, Acting Chief Immigration Judge, Executive
Office of Immigration Review; SIRCE E. OWEN,
Acting Director, Executive Office of Immigration
Review; PAMELA BONDI, Attorney General of the
United States; MARKWAYNE MULLIN, Secretary
of Homeland Security; and TODD M. LYONS,
Acting Director, U.S. Immigration and Customs
Enforcement,

         Respondents.
------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 14, 2026, the Amended Petition is GRANTED.

Respondents are ORDERED to release Petitioners from custody in the Southern District of New

York on or before April 15, 2026; accordingly, the case is closed.

**DATED:** New York, New York
     April 15, 2026

              **TAMMI M. HELLWIG**
             _____
               **Clerk of Court**

        BY: _____
              **Deputy Clerk**